JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOSHIFUMI HANZAKI and KIMMY HANZAKI,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD SAVINGS BANK, FSB, et al.,<br><br>Defendants. | CV 11-7928 PA (SPx)<br><br>JUDGMENT |

Pursuant to the Court's February 27, 2012 and March 12, 2012 Minute Orders dismissing with prejudice the federal claims alleged by plaintiffs Yoshifumi Hanzaki and Kimmy Hanzaki ("Plaintiffs") against defendants Executive Trustee Services, LLC (dba ETS Services, LLC) ("ETS"), Wells Fargo Bank, N.A. (as successor by merger with Wells Fargo Bank Southwest, N.A. f/k/a Wachovia Mortgage, FSB f/k/a World Savings Bank, FSB) ("Wells Fargo"), and The Bank of New York Mellon (f/k/a The Bank of New York, as successor to JPMorgan Chase Bank, N.A., as trustee for the certificateholders of CWHEQ Revolving Home Equity Loan Trust, Series 2005-C) ("BONY"), and declining to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims and dismissing the state law claims alleged against ETS, Wells Fargo, and BONY without prejudice,

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs' federal claims for violations of the Fair Debt Collection Practices Act, Fair Credit Reporting Act, and the bankruptcy court's automatic stay are dismissed with prejudice and Plaintiffs' remaining state law claims are dismissed without prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and that defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: March 12, 2012

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE